IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:01CR254** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **DALE WENDLAND,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion for Early Termination of Supervised Release (Filing No. 64). The motion was not accompanied by a brief. A response has not been received by the government, and in the Defendant's motion, it indicates that the "United States will take no position on the request for early termination of Mr. Wendland's supervision as stated in this motion."

The Defendant was last sentenced after the filing of a Rule 35 motion to 118 months imprisonment and 5 years supervised release. (Filing No. 60.)   Mr. Wendland was released from the Bureau of Prisons on May 13, 2010.  The Court has consulted with the Probation Office  regarding this motion.  Based on the standards and criteria established by that office, it has been determined that at this time, Mr. Wendland is not eligible for early termination of his supervised release.

IT IS ORDERED that the Defendant's Motion for Early Termination of Supervised Release (Filing No. 64) is denied.

DATED this 7th day of August, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge